UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                              Case No.  21-cr-00162 BAH

TERRY LINDSEY

### ENTRY OF APPEARANCE FOR DEFENDANT TERRY LINDSEY

To the Clerk of the Court:

Please enter my appearance as appointed counsel in this case effective March 2, 2021.

                                              Respectfully submitted,

                                              /s/ Richard S. Stern
                                              _____
                                              RICHARD S. STERN
                                              D.C. Bar No. 205377
                                              932 Hungerford Drive #37A
                                              Rockville, MD 20850
                                              301-340-8000
                                              Email:  rssjrg@rcn.com
                                              Attorney for Ms. Konold

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I have electronically served all counsel of record on March 3, 2021.

                                              /s/ Richard S. Stern
                                              _____
                                              RICHARD S. STERN