AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
US MARSHALS SERVICE

2021 FEB 13 PM 3:58

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Terry Lynn Lindsey

)
)  Case No.
)
)
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Terry Lynn Lindsey,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2)- Unlawful Entry on Restricted Buildings or Grounds;
40 U.S.C. § 5104(e)(2)(D) and (G)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 02/16/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.02.16 09:13:41 -05'00'

City and state: Washington, D.C.

G. Michael Harvey U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/16/2021, and the person was arrested on *(date)* 2/17/2021
at *(city and state)*

Date: 2/17/2021

*Arresting officer's signature*

Patrick Guagan, Special Agent
*Printed name and title*