**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

  **v.**                                   **Case No. 1:21-cr-162(2) (BAH)**

**TERRY LYNN LINDSEY,**

  **Defendant.**

**RESPONSE TO UNITED STATES' MOTION *IN LIMINE* TO LIMIT**
**CROSS-EXAMINATION OF SECRET SERVICE WITNESSES**

    The defense does not object to the limitation of cross in the areas listed unless the

government or the testimony of the witness on direct testimony opens the door thereto.

                  Respectfully submitted,

                  /s/ Richard S. Stern
                  _____
                  RICHARD S. STERN
                  D.C. Bar No. 205377
                  932 Hungerford Drive #37A
                  Rockville, MD 20850
                  301-340-8000
                  Email:  rssjrg@rcn.com
                  Attorney for Mr. Lindsey

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that I have electronically served all counsel of record on March 4, 2022.

                  /s/ Richard S. Stern
                  _____
                  RICHARD S. STERN