**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-cr-162(2) - BAH** |
| | : | |
| **TERRY LYNN LINDSEY,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' REVISED EXHIBIT LIST**

At this time, the United States has identified the following exhibits it intends to use at trial.

This exhibit list was compiled in a good-faith effort to identify all trial evidence that is known or

identified at this time.  The government reserves the right to supplement this list or to remove items

from the list, as it develops additional evidence throughout trial preparations and to streamline the

presentation of its case.  The government also reserves the right to introduce any evidence

produced to the defense in discovery.

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| **Video Evidence** | | |
| | **Body-Worn Camera** | |
| 101 | Chasten BWC X6039BCM1, Capitol Grounds, 1:57 pm - 2:02 pm | |
| *101A* | *Still Capture from Chasten BWC* | |
| *101B* | *Still Capture from Chasten BWC* | |
| *101C* | *Still Capture from Chasten BWC* | |
| 102 | Hodges BWC X6039BD0P, Capitol Grounds, 1:57 pm - 2:01 pm | |
| *102A* | *Still Capture from Hodges BWC* | |
| 103 | Shipmon BWC X6039BD5M, Capitol Grounds, 1:57 pm - 2:02 pm | |
| *103A* | *Still Capture from Shipmon BWC* | |
| *103B* | *Still Capture from Shipmon BWC* | |
| 104 | BWC X6030478K, Dispersal Order, Capitol Grounds, 2:02 pm - 2:03 pm | |
| 105 | Tipps BWC X6039ABXH, Rotunda, 3:20 pm - 3:27 pm | |
| *105A* | *Still Capture from Tipps BWC* | |
| *105B* | *Still Capture from Tipps BWC* | |
| 106 | Owens BWC X6039BKV6, Entrance to Rotunda, 3:19 pm - 3:24 pm | |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| *106A* | *Still Capture from Owens BWC* | |
| 107 | Gatewood BWC X6039BH4A, Entrance to Rotunda, 3:21 pm - 3:24 pm | |
| *107A* | *Still Capture from Gatewood BWC* | |
| *107B* | *Still Capture from Gatewood BWC* | |
| | **U.S. Capitol CCTV** | |
| 110 | CCTV 0924, NW Stairs, 1:46 pm - 1:50 pm | |
| 111 | CCTV 0925, NW Stairs, 2:15.00 pm - 2:15.30 pm | |
| *111A* | *Still Capture from CCTV 0925* | |
| 112 | CCTV 0102 Senate Wing Door, 2:18.15 pm - 2:19.04 pm | |
| *112A* | *Still Capture from CCTV 0102* | |
| 113 | CCTV 0402, Crypt North, 2:19.28 pm - 2:25.25 pm | |
| *113A* | *Still Capture from CCTV 0402* | |
| 114 | CCTV 0153, House Wing Door, 2:28.01 pm - 2:31.45 pm | |
| *114A* | *Still Capture from CCTV 0153* | |
| *114B* | *Still Capture from CCTV 0153* | |
| 115 | CCTV 0171, Memorial Door, 2:33.55 pm - 2:37.15 pm | |
| *115A* | *Still Capture from CCTV 0171* | |
| *115B* | *Still Capture from CCTV 0171* | |
| 116 | CCTV 0180, Memorial Door Exit, 2:37.34 pm - 2:37.47 pm | |
| *116A* | *Still Capture from CCTV 0180* | |
| *116B* | *Still Capture from CCTV 0180* | |
| 117 | CCTV 0949, Southeast Courtyard, 2:37.40 pm – 2:39.52 pm | |
| *117A* | *Still Capture from CCTV 0949* | |
| *117B* | *Still Capture from CCTV 0949* | |
| *117C* | *Still Capture from CCTV 0949* | |
| 118 | CCTV 7029, Rotunda Door, 3:20.40 pm - 3:25.40 pm | |
| *118A* | *Still Capture from CCTV 7029* | |
| *118B* | *Still Capture from CCTV 7029* | |
| *118C* | *Still Capture from CCTV 7029* | |
| 119 | CCTV 0686, Rotunda Door Interior, 3:20.40 pm - 3:25.40 pm | |
| *119A* | *Still Capture from CCTV 0686* | |
| *119B* | *Still Capture from CCTV 0686* | |
| 120 | CCTV 0924, NW Stairs, 2:09.40 pm - 2:15.30 pm | |
| *120A* | *Still Capture from CCTV 0924* | |
| 121 | CCTV 0959, Rotunda, 3:23.40 pm - 3:27.22 pm | |
| *121A* | *Still Capture from CCTV 0959* | |
| *121B* | *Still Capture from CCTV 0959* | |
| 122 | CCTV 0171, Memorial Door, 3:28.35 pm - 3:28.57 pm | |
| *122A* | *Still Capture from CCTV 0171* | |
| 123 | CCTV 0180, Memorial Door Exterior, 3:29.09 pm - 3:29.25 pm | |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| *123A* | *Still Capture from CCTV 0180* | |
| 124 | CCTV 7216, Rotunda Lobby East Stairs, 3:20.40 pm - 3:25.40 pm | |
| *124A* | *Still Capture from CCTV 7216* | |
| *124B* | *Still Capture from CCTV 7216* | |
| *124C* | *Still Capture from CCTV 7216* | |
| **Open-Source Images and Video** | | |
| 150 | Insurgence USA Video (11:58 - 19:00) | |
| *150A* | *Still Capture From Insurgence USA Video* | |
| 151 | Lima Media Video | |
| *151A* | *Still Capture From Lima Media Video* | |
| 152 | The Resistance Video (6:19 - 22:30) | |
| 152.1 | The Resistance Video 902(11) and (13) certification | |
| *152A* | *Still capture of The Resistance Video* | |
| *152B* | *Still capture of The Resistance Video* | |
| *152C* | *Still capture of The Resistance Video* | |
| *152D* | *Still capture of The Resistance Video* | |
| *152E* | *Still capture of The Resistance Video* | |
| *152F* | *Still capture of The Resistance Video* | |
| 153 | Parler Video of Lindsey Inside Capitol Building | |
| *153A* | *Still capture of Parler Video* | |
| 154 | Gabriel Garcia Facebook video | |
| 155 | Image from Twitter - NW Lawn approx 2:01 pm | |
| 156 | Getty Images Video, Rotunda | |
| **Evidence Collected from Lindsey** | | |
| | **Post-Arrest Interview** | |
| 201 | Video Recording of Interview of Terry Lynn Lindsey | |
| 201.T | Transcript of Interview of Terry Lynn Lindsey | |
| 201A | Excerpts of Interview of Terry Lynn Lindsey | |
| 202 | Written Waiver of Miranda Rights – Terry Lynn Lindsey | |
| 203 | Report of Lindsey FBI Interview March 3, 2021 | |
| | **Lindsey's Home Search** | |
| 210 | Hat Recovered During Residence Search | |
| 211 | Photo of Hat Recovered During Residence Search | |
| | **Lindsey's Phone** | |
| 220 | Cellebrite Report – Scoped Cell Phone Extraction (full) | |
| 220A | Photo of Lindsey From Near Stairs to Lower West Terrace, 1:46 pm | |
| 220B | Photo of Lindsey Inside Capitol Building - 2:20.31 pm | |
| 220C | Photo of Lindsey Inside Capitol Building, 2:20.35 pm | |
| 220D | Photo of Capitol Building Taken by Lindsey, 5:03 pm | |
| 221 | Geofence Report | |
| | | |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| | **Lindsey's Facebook** | |
| 230 | Facebook Warrant Return – Scoped Results (full) | |
| 230.1 | Business Record Affidavit – Facebook Report | |
| 230A | Facebook messages regarding travel to D.C. | |
| 230B | Facebook messages regarding travel to D.C. | |
| 230C | Facebook messages regarding travel to D.C. | |
| 230D | Facebook messages regarding arrival in D.C. area | |
| 230E | Facebook messages regaring travel to rally | |
| 230F | Picture taken at rally | |
| 230G | Facebook Messages on the way to Capitol | |
| 230H | Photo on the way to Capitol | |
| 230I | Facebook messages outside Capitol Building | |
| 230J | Photo of stairs to Lower West Terrace | |
| 230K | Photo of stairs to Lower West Terrace | |
| 230L | Facebook messages regarding entry into the Capitol Building | |
| 230M | Facebook messages regarding entry into Capitol Building | |
| 230N | Facebook messages regarding tear gas | |
| 230O | Facebook status post and comments | |
| 230P | Picture taken by Lindsey – outside, 3:00 pm | |
| 230Q | Facebook message by Lindsey regarding reentry into the Capitol Building | |
| 230R | Facebook messages regarding entry into Capitol Building | |
| 230S | Facebook messages regarding tear gas | |
| 230T | Facebook messages after leaving the Capitol | |
| 230U | Facebook messages after leaving the Capitol | |
| 230V | Facebook mobile upload post and comments | |
| 231 | Facebook Post - January 4 (Going to DC) | |
| 232 | Facebook Post - West Virginia | |
| 233 | Facebook Post - Pennsylvania | |
| 234 | Facebook Post - Maryland | |
| 235 | Facebook Picture - West Lawn | |
| 236 | Facebook Picture - Lincoln Bust | |
| 237 | Facebook Post - Family Chat | |
| **Croy Cell Phone Images & Video** | | |
| 301 | Cell Phone Video Taken by Glenn Wes Lee Croy on January 6, 2021 | |
| *301A* | *Still Capture from Croy Cell Phone Video* | |
| 302 | Cell Phone Video Taken by Glenn Wes Lee Croy on January 6, 2021 | |
| 303 | Cell Phone Video Taken by Glenn Wes Lee Croy on January 6, 2021 | |
| 304 | Cell Phone Video Taken by Glenn Wes Lee Croy on January 6, 2021 | |
| 305 | Cell Phone Video Taken by Glenn Wes Lee Croy on January 6, 2021 | |
| 306 | Cell Phone Video Taken by Glenn Wes Lee Croy on January 6, 2021 | |

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| 307 | Cell Phone Video Taken by Glenn Wes Lee Croy on January 6, 2021 | |
| 308 | Cell Phone Video Taken by Glenn Wes Lee Croy on January 6, 2021 | |
| **Maps, Documents, & Summaries** | | |
| | **Documents re January 6** | |
| 410 | Secret Service Head of State Notification Worksheet | |
| 415 | Mayor Bowser Curfew Order (Mayor's Order 2021-002) | |
| | **Congressional Record & Statutes** | |
| 500 | U.S. Constitution – 12th Amd. | |
| 501.15 | 3 U.S. Code § 15 | |
| 501.16 | 3 U.S. Code § 16 | |
| 501.17 | 3 U.S. Code § 17 | |
| 501.18 | 3 U.S. Code § 18 | |
| 504 | Senate Concurrent Resolution 1 (Jan. 3, 2021) | |
| 505 | Screenshots from Senate chamber video at 1:39pm, 1:48pm, 1:54pm, 2:00pm, 2:05pm, 2:10pm | |
| 505.1 | Certificate of Authenticity of Records | |
| 506 | Screenshots from House chamber video at 1:43pm, 1:48pm, 1:54pm, 1:59pm, 2:04pm, 2:10pm, 2:14pm | |
| 506.1 | Certificate of Authenticity of Records | |
| 507 | Video Montage – including Congressional Record (vol. 167, No. 4) at S13, S14, S18, H75, H76, H84, H85 and video footage from House and Senate | |
| | **Stipulations** | |
| 550 | Omnibus Stipulation of the Parties | |
| 550A | Exhibit A to Omnibus Stipulation of the Parties | |
| 551 | Stipulation Regarding Return of Digital Devices and Electronically Stored Information | |
| | **Maps & Demonstrative Aids** | |
| 601 | Overview Map of Capitol Building | |
| 601A | Overview Map of Restricted Area | |
| 601B | Capitol Photo with Signs | |
| 601C | Photo of Signs on Barriers | |
| 601D | Photo of Signs closeup | |
| 602 | Diagram of Capitol Building | |
| 603 | 3D Model of Capitol | |
| 603A | 3D Model of Capitol (facing west) | |
| 604 | Map of U.S. Capitol Grounds and Building | |