**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:21-cr-162(2) (BAH)** |
| | : | |
| **TERRY LYNN LINDSEY,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE TO THE COURT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice to the Court that it does not intend to use for impeachment or any other purpose Mr. Lindsey's 1990 conviction for Desertion Resulting in Discharge.   Accordingly, the United States withdraws its statement set forth in Section G of the Joint Pretrial Statement.   *See* ECF No. 69 at 3.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC BAR NO. 481052

By:      */s/ Jordan A. Konig*
JORDAN A. KONIG
Trial Attorney, Tax Division,
U.S. Department of Justice
Detailed to the U.S. Attorney's Office
For the District of Columbia
P.O. Box 55, Washington, D.C. 20044
202-305-7917 (v) / 202-514-5238 (f)
Jordan.A.Konig@usdoj.gov