UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Case No. 1:21-cr-162(2) (BAH)

TERRY LYNN LINDSEY

### DEFENDANT'S RESPONSE TO ORDER OF JULY 1, 2022

The defendant does not object to the photo and video evidence produced by the government pursuant to this Order of July 1, 2022 being made publicly available without restriction.

Respectfully submitted,

/s/ Richard S. Stern
_____
RICHARD S. STERN
D.C. Bar No. 205377
932 Hungerford Drive #37A
Rockville, MD 20850
301-340-8000
Email:  rssjrg@rcn.com
Attorney for Mr. Lindsey

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically served all counsel of record on July 7, 2022.

 /s/ Richard S. Stern
_____
RICHARD S. STERN